UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: MIRAPEX PRODUCTS
LIABILITY LITIGATION

07-MD-1836 MJD/FLN

This document relates to:

Julie Lynn,

Civil 10-972 MJD/FLN

    Plaintiff,

v.

O R D E R

Boehringer Ingelheim Pharmaceuticals,
Inc., Pfizer, Inc., et al.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 14, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff Julie Lynn is dismissed from this case for failure to prosecute.

DATED: November 30, 2012.    s/Michael J. Davis
at Minneapolis, Minnesota    CHIEF JUDGE MICHAEL J. DAVIS
    United States District Court